BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2700

Attorneys for Respondents

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN GODINEZ MONTES de OCA, <br><br> Petitioner, <br><br> vs. <br><br> AL GALLMAN, Officer in Charge, USCIS Fresno Field Office, *et al*. <br><br> Respondents. | Case No.: 1:13-cv-402 AWI BAM <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME AND CONTINUING SCHEDULING CONFERENCE** |

  This is an immigration case in which Petitioner challenges the denial of his application to adjust status to that of lawful permanent resident. On May 21, 2013, United States Citizenship and Immigration Services administratively reopened the case toward the end of issuing a new decision on the application. Because the matter has been reopened, the parties now agree to a four-month extension of time for the filing of the government's answer to the complaint, until September 23, 2013. The parties also agree that the status conference be reset to sometime after the new answer date.

Dated: May 21, 2013               Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Audrey B. Hemesath
                                  AUDREY B. HEMESATH
                                  Assistant U.S. Attorney
                                  Attorneys for Respondents

DATED: May 21, 2013               Respectfully submitted,
                                  /s/ Robert B. Jobe
                                  Robert B. Jobe
                                  Attorney for the Petitioner

## ORDER

The parties having so stipulated and good cause appearing, **IT IS HEREBY ORDERED**:

(1)   Defendants may have up to and including September 23, 2013 to file a responsive pleading in this matter;

(2)   the INITIAL SCHEDULING CONFERENCE set for June 26, 2013 is continued to **October 23, 2013 at 8:30AM** in Courtroom 8 before Judge McAuliffe.  A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.  The parties may appear by telephone.

IT IS SO ORDERED.

Dated:   **May 22, 2013**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE