BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone:  (916) 554-2700

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Godinez Montes de Oca,<br><br>  Petitioner,<br><br>  vs.<br><br>Al Gallman, Officer in Charge, USCIS Fresno Field Office, et al.<br><br>  Respondents. | Case No.: 1:13-cv-402 AWI BAM<br><br>**JOINT STIPULATION AND ORDER RE: DISMISSAL** |

   This is an immigration case in which Petitioner challenges the denial of his application to adjust status to that of lawful permanent resident.  On May 21, 2013, United States Citizenship and Immigration Services administratively reopened the case toward the end of issuing a new decision on the application.  On June 6, 2013, the application was approved.  Accordingly, the parties now stipulate to dismissal of this lawsuit, each side to bear its own costs of litigation.

Dated: July 19, 2013                Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           /s/ Audrey B. Hemesath
                                           AUDREY B. HEMESATH
                                           Assistant U.S. Attorney

                                           Attorneys for Respondents


DATED: July 19, 2013                Respectfully submitted,
                                           /s/ Robert B. Jobe
                                           Robert B. Jobe

                                           Attorney for the Petitioner


                                                  ORDER


IT IS SO ORDERED.

Dated:   July 25, 2013                                     _____
                                            SENIOR  DISTRICT  JUDGE