BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95831
Telephone: (916) 554-2700

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Godinez Montes de Oca, | Case No.: 1:13-cv-402 AWI BAM |
| Petitioner, | |
| vs. | **JOINT STIPULATION AND ORDER RE: DISMISSAL** |
| Al Gallman, Officer in Charge, USCIS Fresno Field Office, et al. | |
| Respondents. | |

This is an immigration case in which Petitioner challenges the denial of his application to adjust status to that of lawful permanent resident. On May 21, 2013, United States Citizenship and Immigration Services administratively reopened the case toward the end of issuing a new decision on the application. On June 6, 2013, the application was approved. Accordingly, the parties now stipulate to dismissal of this lawsuit, each side to bear its own costs of litigation.

Dated: July 19, 2013              Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant U.S. Attorney

                                                Attorneys for Respondents


DATED: July 19, 2013              Respectfully submitted,
                                                /s/ Robert B. Jobe
                                                Robert B. Jobe

                                                Attorney for the Petitioner


                                                      ORDER


IT IS SO ORDERED.

Dated:   July 25, 2013                    _____
                                                SENIOR  DISTRICT  JUDGE